## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-08731-SVW-AFM | Date | January 10, 2023 |
|---|---|---|---|
| Title | *German Pazmino v. Beatriz Calderon et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [8]

Before the Court is a motion to remand filed by Plaintiff German Pazmino.   Defendant asserts that the Court has subject matter jurisdiction on the basis of Federal Question Jurisdiction.   ECF No. 1. Yet, Plaintiff brings a single cause of action for unlawful detainer, which is a state law claim.   *Cooper v. Washington Mut. Bank*, No. C03-554 VRW, 2003 WL 1563999, at *2 (N.D. Cal. Mar. 19, 2003) ("An unlawful detainer action does not raise a question arising under federal law and so, once removed, must be remanded for lack of jurisdiction.").   Defendant has identified no other claim that raises a question "arising under the Constitution, laws, or treaties of the United States." 28 USC § 1331.   Accordingly, the motion is GRANTED.[1]

**IT IS SO ORDERED.**

---

[1] The Court declines to impose and injunction or issue sanctions at this time. But if Defendant were to remove the case again without a proper basis, the Court may impose sanctions or take any other appropriate action.

Initials of Preparer        :

PMC